UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, ) <br> DEBORA DENISE GRIFFIN, and ) <br> THE LAW OFFICES OF SHAPIRO & ) <br> KIRSCH, LLP, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHARLES KUEHN and ) <br> HOLLIS FAY SUMMERS, ) <br> ) <br> Defendants. ) | No. 3:11-CV-39 <br> (Phillips) |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, plaintiff's motion to remand [Doc. 9] is hereby **GRANTED**. Accordingly, this case is **REMANDED** to the Union County General Sessions Court.

Plaintiffs' motion for attorneys' fees and costs is **GRANTED** in an amount to be determined by the court.

**IT IS SO ORDERED.**

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

 s/ Thomas W. Phillips 
United States District Judge

Case 3:11-cv-00039-TWP-CCS   Document 12   Filed 03/26/12   Page 1 of 1   PageID #: 228