# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **U.S. BANK NATIONAL ASSOCIATION, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:11-CV-39** |
| | ) | **(Phillips)** |
| **CHARLES KUEHN, and** | ) | |
| **HOLLIS FAY SUMMERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 18] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on April 27, 2012, is hereby **ACCEPTED IN WHOLE** whereby plaintiffs' motion for attorney's fees [Doc. 15] is **GRANTED.** Plaintiffs are **AWARDED** the sum of $5,257.50 in attorney's fees and $372.99 in expenses, for a total award of $5,630.49, against defendants Charles Kuehn and Hollis Fay Summers**.**

**IT IS SO ORDERED.**


**ENTER:**

_____ s/ Thomas W. Phillips _____
United States District Judge