UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:11-CV-39 |
| | ) (Phillips) |
| CHARLES KUEHN, and | ) |
| HOLLIS FAY SUMMERS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 18] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on April 27, 2012, is hereby **ACCEPTED IN WHOLE** whereby plaintiffs' motion for attorney's fees [Doc. 15] is **GRANTED.** Plaintiffs are **AWARDED** the sum of $5,257.50 in attorney's fees and $372.99 in expenses, for a total award of $5,630.49, against defendants Charles Kuehn and Hollis Fay Summers**.**

**IT IS SO ORDERED.**

                          **ENTER:**

                                s/ Thomas W. Phillips
                                United States District Judge